1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

14 | This Document Relates To:

15 | *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*
*(06-2273 CRB)*
16

17 | *Roger Harper vs. Pfizer Inc, et al.*
*(06-6023 CRB)*

18 | *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
*(07-2218 CRB)*
19

20 | *Leon Hendrix vs. Pfizer Inc, et al.*
*(08-0704 CRB)*

21 | *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
*(07-4383 CRB)*
22

23 | *Charles Lee Holmes vs. Pfizer Inc, et al.*
*(06-4211 CRB)*

24 | *Bruce Holzwarth vs. Pfizer Inc, et al.*
*(07-3035 CRB)*
25

26 | *David E. Huard vs. Pfizer Inc, et al.*
*(08-0796 CRB)*

27 | *Clifford Jackson vs. Pfizer Inc, et al.*
*(06-5042 CRB)*
28

**MDL NO. 1699**
District Judge: Charles R. Breyer

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1  *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
   (06-2605 CRB)

2

3  *Ozzie Jackson vs. Pfizer Inc, et al.*
   (06-2274 CRB)

4  *Ronald Jacoby vs. Pfizer Inc, et al.*
   (07-4689 CRB)

5

6  *Kathy Jewell vs. Pfizer Inc, et al.*
   (07-1355 CRB)

7  *Dorothy Johnson vs. Pfizer Inc, et al.*
   (06-5039 CRB)

8

9  *Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
   (07-4549 CRB)

10

11  *John R. Jones vs. Pfizer Inc, et al.*
    (06-3899 CRB)

12  *Sylvester Jones vs. G.D. Searle LLC, et al.*
    (07-4550 CRB)

13

14  *Robert K. Kiser II vs. Pfizer Inc, et al.*
    (06-4104 CRB)

15  *Frank Klinger vs. G.D. Searle LLC, et al.*
    (05-4739 CRB)

16

17  *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
    (08-2149 CRB)

18  *Vasudev Kulkarni vs. Pfizer Inc, et al.*
    (07-1528 CRB)

19

20  *Bertha R. Lacy vs. Pfizer Inc, et al.*
    (06-7383 CRB)

21  *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
    (08-1856 CRB)

22

23  *Thomas Lauer vs. Pfizer Inc, et al.*
    (08-2854 CRB)

24

25  *Barbara Laver vs. Pfizer Inc, et al.*
    (08-3705 CRB)

26  *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
    (06-7631 CRB)

27

28  *Vickie L. Lewis vs. Pfizer Inc, et al.*
    (06-4284 CRB)

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2 | *Robert L. Lippincott vs. Pfizer Inc, et al.*
(07-5018 CRB)

3 | *John Scarcliff vs. G.D. Searle LLC, et al.*
(05-4454 CRB)

4

5 | *Norma Matthias vs. Pfizer Inc, et al.*
(06-7632 CRB)

6 | *Elise Mayes vs. Pfizer Inc, et al.*
(08-3702 CRB)

7

8 | *William D. McCluskey vs. Merck & Co. Inc, et al.*
(07-3342 CRB)

9

10 | *Phyllis McCord vs. G.D. Searle LLC, et al.*
(05-4738 CRB)

11 | *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
(07-1317 CRB)

12

13 | *Vince Mejer vs. Pfizer Inc, et al.*
(07-0237 CRB)

14 | *James Byron McVay vs. Pfizer Inc, et al.*
(07-0861 CRB)

15

16 | *Alfred Melton vs. Pfizer Inc, et al.*
(06-2745 CRB)

17 | *Richard McNabb, et al. vs. Pfizer Inc, et al.*
(07-6450 CRB)

18

19 | *Wilmer Merriweather vs. G.D. Searle LLC, et al.*
(05-4452 CRB)

20

21 | *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
(06-6588 CRB)

22 | *Ronald Miller vs. Pfizer Inc, et al.*
(09-0892 CRB)

23

24 | *Linda Mirza vs. Pfizer Inc, et al.*
(06-3818 CRB)

25 | *Carolyn Montiforte vs. Pfizer Inc, et al.*
(07-4735 CRB)

26

27 | *Henry C. Morris vs. Pfizer Inc, et al.*
(06-3686 CRB)

28 | *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1   (09-0891 CRB)

2   *Patsy Murry, et al. vs. Pfizer Inc, et al.*
    (06-7438 CRB)

3

4   *Ed Narke vs. Pfizer Inc, et al.*
    (08-0260 CRB)

5   *Dian C. Neal vs. Pfizer Inc, et al.*
    (06-3900 CRB)

6

7   *Rosa M. Nelson vs. Pfizer Inc, et al.*
    (06-2275 CRB)

8   *Cliff Norwood vs. G.D. Searle LLC, et al.*
    (05-4451 CRB)

9

10  *Floyd Odom vs. Pfizer Inc, et al.*
    (07-5885 CRB)

11  *Joan J. Opel vs. Pfizer Inc, et al.*
    (07-~~4982~~ CRB)

12      6441

13  *Mary Osteen vs. Pfizer Inc, et al.*
    (06-6928 CRB)

14  *Elvis Owens, et al. vs. Pfizer Inc, et al.*
    (06-5002 CRB)

15

16  *James Curtis Owens vs. Pfizer Inc, et al.*
    (06-1669 CRB)

17  *Marvin Palmer vs. Pfizer Inc, et al.*
    (06-6499 CRB)

18

19  *Albert Pearson vs. G.D. Searle LLC, et al.*
    (05-4455 CRB)

20  *R.V. Perkins vs. Pfizer Inc, et al.*
    (08-3699 CRB)

21

22  *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
    (05-4492 CRB)

23  *Kirk Redenius vs. Pfizer Inc, et al.*
    (06-4901 CRB)

24

25  *Linda Redinger vs. Pfizer Inc, et al.*
    (07-0454 CRB)

26  *Tammy L. Ribble vs. Pfizer Inc, et al.*
    (06-7283 CRB)

27

28  *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
    (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1
2   *Tracy Ring vs. G.D. Searle LLC, et al.*
    (06-0733 CRB)

3

4        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7   each side bearing its own attorneys' fees and costs.

8

9        DATED: 10·16 2009    By: *(signature)*

10                                 **BEASLEY, ALLEN, CROW, METHVIN,**
11                                 **PORTIS & MILES, P.C.**
                                   218 Commerce Street
12                                 P.O. Box 4160
                                   Montgomery, Alabama 36103
13                                 Telephone: 334-269-2343
                                   Facsimile: 334-954-7555

14                                 *Attorneys for Plaintiffs*

15
16       DATED: Oct. 19, 2009    By: *(signature)*

17
18                                 **DLA PIPER LLP (US)**
                                   1251 Avenue of the Americas
19                                 New York, New York 10020
                                   Telephone: 212-335-4500
20                                 Facsimile: 212-335-4501

                                   *Defendants' Liaison Counsel*
21
22
23       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24       **IT IS SO ORDERED.**

25
26       Dated: 10/22/2009    *(signature)*
                              Hon. Charles R. Breyer
27                            United States District Court
28

-5-